James A. CALHOUN–EL,
Plaintiff—Appellant,

v.

Gary D. MAYNARD, Acting Secretary, Department of Public Safety and Correctional Services; Officer Brown; Officer Oaboeiu; Officer Lasane; Officer Ebaha; Rowley, Commissioner of Correction; Motti Mulletta, M.D.; Craig Harbour, Regional Manager; James Smith, Warden; Whattaker, Chief of Security; Captain Simpson; Captain Washington; Captain Stafer; Captain Guy; Lieutenant J. Williams; Lieutenant M. Williams; Lieutenant Watkins; Lieutenant Brown; Lieutenant Coleman; Sergeant Mason; Sergeant Walker; Officer Coleman, Defendants—Appellees.

No. 07–7761.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: Feb. 27, 2008.

James A. Calhoun–El, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland; Katrina J. Dennis, Kramon & Graham, Baltimore, Maryland, for Appellees.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Calhoun–El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Calhoun–El v. Maynard,* No. 1:07–cv–00220–RDB (D. Md. filed Nov. 19, 2007 & entered Nov. 20, 2007). We deny Calhoun–El's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*